UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RICKEY WAYNE TOLBERT, JR.,

    Petitioner,

vs.                                                    Case No. 5:22-cv-136-TKW/MAL

KEVIN D. PISTRO, Psyd.,
WARDEN, F.C.I. MARIANNA

    Respondent.
_____/

## **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 14) and Petitioner's objection (Doc. 15). The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the disposition recommended by the magistrate judge.

The claims raised in the habeas petition in this case were raised and resolved against Petitioner in the District of Kansas in an order that was affirmed by the Tenth Circuit, and these claims also could have been raised in an earlier habeas petition filed by Petitioner in the Western District of Louisiana. Thus, at this point, these claims are procedurally barred and the current petition is an abuse of the writ of habeas corpus.

Even if the claims were not procedurally barred, they are meritless. As the both the magistrate judge in this case and the district judge in Kansas explained, the Bureau of Prisons correctly determined that Petitioner commenced serving his federal sentence on January 30, 2011. That conclusion is not undermined by the convoluted argument in Petitioner's objection or any of the documents attached to the objection.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Respondent's motion to dismiss (Doc. 8) is **GRANTED**.

3. This case is **DISMISSED with prejudice**.

4. A certificate of appealability is **DENIED**.

5. The Clerk shall close the case file.

**DONE and ORDERED** this 10th day of February, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**

Case No.: 5:22cv136-TKW/MAL